# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**KENNETH RAY PITTS**　　　　　　　　　　　　　　　　　　**PETITIONER**
*ADC #085938*

v.　　　　　　　　**CASE NO. 4:25-CV-00116-BSM**

**DEXTER PAYNE,** *et al.*　　　　　　　　　　　　　　　　　　**RESPONDENTS**

## ORDER

After *de novo* review of the record, United States Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 3] is adopted. Kenneth Pitts's petition for a writ of habeas corpus [Doc. No. 2] is denied and dismissed without prejudice and his motion for leave to amend his petition [Doc. No. 4] is denied as futile because the proposed amendment would also be summarily dismissed due to Pitts's failure to receive authorization from the Eighth Circuit to file a successive petition. Furthermore, Pitts is denied a certificate of appealability.

IT IS SO ORDERED this 3rd day of March, 2025.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE