IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KENNETH RAY PITTS**  **PETITIONER**
*ADC #085938*

v.  CASE NO. 4:25-CV-00116-BSM

**DEXTER PAYNE,** *et al.*  **RESPONDENTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 3rd day of March, 2025.

_____
UNITED STATES DISTRICT JUDGE