**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**KENNETH RAY PITTS** **PLAINTIFF**
ADC# 085938

**v.** **CASE NO. 4:25-CV-00116-BSM**

**DEXTER PAYNE, *et al.*** **DEFENDANTS**

**ORDER**

Kenneth Pitts's motion for attorney fees [Doc. No. 25] is denied because the Equal Access to Justice Act does not apply to him. 5 U.S.C. § 504(a).

IT IS SO ORDERED this 31st day of July, 2026.

Brian S. Miller
UNITED STATES DISTRICT JUDGE